

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:    Jason Ramjattansingh v. The State of Texas

Appellate case number:   01-15-01089-CR

Trial court case number:   2019635

Trial court:            County Criminal Court of Law No. 8 of Harris County

Appellant Jason Ramjattansingh was convicted of Class A misdemeanor driving while intoxicated. *See* TEX. PENAL CODE §§ 49.04(a), (b), (d). Ramjattansingh appealed his conviction, and on August 10, 2017, we issued an opinion that reversed his Class A misdemeanor conviction, rendered a judgment of acquittal on that charge, and remanded for a new trial on the lesser-included Class B misdemeanor offense of driving while intoxicated. *Ramjattansingh v. State*, 530 S.W.3d 259, 260 (Tex. App.—Houston [1st Dist.] 2017), *rev'd*, PD-0972-17, 2018 WL 2714677 (Tex. Crim. App. June 6, 2018). On June 6, 2018, the Court of Criminal Appeals issued an opinion that reversed our judgment and remanded the case for further proceedings consistent with the Court's holding. *Ramjattansingh v. State*, PD-0972-17, 2018 WL 2714677, at *8 (Tex. Crim. App. June 6, 2018).

We **ORDER** that any additional briefing by either party must be filed with this Court within 21 days from the date of this order. We further **ORDER** that any response briefing by either party must be filed with this Court within 10 ten days after the initial 21-day deadline.

It is so **ORDERED**.

Judge's signature: /s/ Harvey Brown
          ☑ Acting individually    ☐ Acting for the Court

Date: July 26, 2018